## OFFICE OF DISCIPLINARY COUNSEL, Petitioner

v.

## Aaron S. FRIEDMANN, Respondent.

### No. 989 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Oct. 27, 2005.

*ORDER*

PER CURIAM:

AND NOW, this 27th day of October, 2005, on certification by the Disciplinary

---

4. Although the Majority attempts to assuage my concern regarding this issue by noting that the regulations require that mitigation plans adequately protect the environment, it fails to do so. My concern is the relationship between the harm caused and the benefit provided. Simply stating that adequate protec-

tions must be in place does not ensure that the benefit conferred on the public relates to the damage suffered by the environment. It is this lack of relation between the harm and benefit that I believe is not supported by the statutory grant of rulemaking authority.

Board that the respondent, AARON S. FRIEDMANN, who was suspended by Order of this Court dated March 15, 2005, for a period of six months, has filed a verified statement showing compliance with all the terms and conditions of the Order of Suspension and Rule 217, Pa. R.D.E., and there being no other outstanding order of suspension or disbarment, AARON S. FRIEDMANN is hereby reinstated to active status, effective immediately.